## CUDE v. STATE.
No. 21303.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

B. F. Patterson, of San Antonio, for appellant.

■■■■■■■■■■■■■■■■■■■■■■■

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of misdemeanor theft, punishment assessed being a fine of ten dollars and confinement in the county jail for ten days.

No statement of facts or bills of exception are brought forward. Nothing is presented for review.

The judgment is affirmed.